IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Palomo, Rafael | Case Number: 06 B 13339 |
|---|---|---|
| | Duenes, Maria M | Judge: Hollis, Pamela S |
| | Printed: 2/26/08 | Filed: 10/18/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 3, 2007
Confirmed: January 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,610.00 | |
| Secured: | | 2,454.36 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 14.84 |
| Trustee Fee: | | 140.80 |
| Other Funds: | | 0.00 |
| Totals: | 2,610.00 | 2,610.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,198.00 | 14.84 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Grace's Furniture | Secured | 445.00 | 44.52 |
| 4. | Option One Mortgage Corp | Secured | 16,700.00 | 2,409.84 |
| 5. | Aspire Visa | Unsecured | 513.01 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 947.92 | 0.00 |
| 7. | ER Solutions | Unsecured | 453.89 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 1,559.20 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 427.09 | 0.00 |
| 10. | Nationwide Acceptance Corp | Secured | | No Claim Filed |
| 11. | Fingerhut Corporation | Unsecured | | No Claim Filed |
| 12. | Credit Protection Association | Unsecured | | No Claim Filed |
| 13. | Credit Systems International | Unsecured | | No Claim Filed |
| 14. | Debt Credit Service | Unsecured | | No Claim Filed |
| 15. | Harris & Harris | Unsecured | | No Claim Filed |
| 16. | Columbia Bank & Trust | Unsecured | | No Claim Filed |
| 17. | Progressive Management Systems | Unsecured | | No Claim Filed |
| 18. | Torres Credit | Unsecured | | No Claim Filed |
| 19. | CCA | Unsecured | | No Claim Filed |
| 20. | Credit Protection Association | Unsecured | | No Claim Filed |
| | | | $ 23,244.11 | $ 2,469.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 1.12 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Palomo, Rafael | Case Number:  06 B 13339 |
| Duenes, Maria M | Judge:  Hollis, Pamela S |
| Printed:  2/26/08 | Filed:  10/18/06 |

```
             5.4%              139.68
                             _____
                            $ 140.80
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:

